1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   EDWARD SAMUEL FULLER,                    CASE NO. 1:12-cv-00956-LJO-SKO PC

10                          Plaintiff,       ORDER DENYING MOTION SEEKING
                                             LEAVE TO AMEND AS MOOT IN LIGHT OF
11          v.                               RIGHT TO AMEND ONCE AS A MATTER OF
                                             COURSE
12   AIKENS, et al.,
                                             (Doc. 16)
13                          Defendants.

14   _____/

15          Plaintiff Edward Samuel Fuller, a state prisoner proceeding pro se and in forma pauperis,

16   filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2012.  On January 7, 2013,

17   Plaintiff filed a motion seeking leave to amend.  Fed. R. Civ. P. 15(a).

18          At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course.

19   Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and Plaintiff may file his

20   amended complaint without leave of court.

21
22
23
24   IT IS SO ORDERED.

25   **Dated:    January 14, 2013**              _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE
26
27
28

1