# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SAMUEL FULLER, | CASE NO. 1:12-cv-00956-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION SEEKING LEAVE TO AMEND AS MOOT IN LIGHT OF RIGHT TO AMEND ONCE AS A MATTER OF COURSE |
| v. | |
| AIKENS, et al., | (Doc. 16) |
| Defendants. | |
| _____/ | |

Plaintiff Edward Samuel Fuller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2012.  On January 7, 2013, Plaintiff filed a motion seeking leave to amend.  Fed. R. Civ. P. 15(a).

At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course. Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and Plaintiff may file his amended complaint without leave of court.

IT IS SO ORDERED.

**Dated:   January 14, 2013**            _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE

1