# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SAMUEL FULLER,<br><br>          Plaintiff,<br><br>    v.<br><br>AIKENS, et al.,<br><br>          Defendants. | CASE NO. 1:12-cv-00956-LJO-SKO PC<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND REFERRING CASE TO PRO BONO PROGRAM TO SEEK VOLUNTARY COUNSEL FOR PLAINTIFF<br><br>(Doc. 19) |

     Plaintiff Edward Samuel Fuller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2012. On February 25, 2013, Plaintiff filed a motion seeking the appointment of counsel, and pursuant to the screening order filed on March 7, 2013, Plaintiff has a viable Eighth Amendment failure-to-protect claim.

     Upon review of the record and the totality of the circumstances, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case. 28 U.S.C. § 1915(e)(1); <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997). Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

**Dated:   March 8, 2013**               /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE