IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD FULLER

        Plaintiff(s)

vs.

AIKENS et al.,

        Defendants.

No. 1:12-cv-00956-LJO-SKO-PC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JAY DYER, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on MARCH 12, 2013, by the Honorable SHEILA K. OBERTO, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Traveling to SATF in Corcoran State Prison to meet with my client and to review his Central File, Medical File, and any parole hearing transcripts which might exist.

I am requesting mileage reimbursement in the amount of $253.12 calculated as follows: 448 miles round trip from my office at 604 10th Street @ the GSA rate of .565 cents per mile. I will be traveling in the car owned and registered by me.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 253.12.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: | 1:12-cv-00956-LJO-SKO PC |

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| NA | NA | NA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this |22ND| day of |MARCH|, 20 |13|, at |SACRAMENTO|, California.

JAY DYER

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3/25/13

United States District Judge/Magistrate